**Elhanon JOHNSON**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

March 18, 1955.

J. K. Beasley, Harlan, for appellant.

J. D. Buckman, Jr., Atty. Gen., W. Owen Keller, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the judgment of the Harlan Circuit Court convicting appellant, Elhanon Johnson, of the offense of unlawfully selling intoxicating liquor in local option territory, and fixing his punishment at a fine of $100 and confinement in jail for sixty days.

A consideration of the record discloses no error prejudicial to the substantial rights of the appellant. The motion is overruled and the judgment is affirmed.

Judge HOGG not sitting.